UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOSEPH A. MADER,
    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,
    Defendant.

Case No. 2:13-CV-665
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

## ORDER

On May 30, 2014, Magistrate Judge King issued a report and recommendation (R&R) in this case. Doc. 15. She recommended the following: "that the decision of the Commissioner be **REVERSED** and that this action be **REMANDED** for further consideration of the opinions and findings of plaintiff's treating psychiatrist, Dr. Siddiqi." *Id.* at 16. The R&R advised the parties that the failure to object within fourteen days would result in a waiver of the right to review. *Id.* at 16–17. The time period for objections has run and no party has objected. Accordingly, the R&R is **ADOPTED**. Doc. 15. The decision of the commissioner is thus **REVERSED** and this action is **REMANDED** for further consideration in accordance with Magistrate Judge King's R&R.

**IT IS SO ORDERED.**

6-24-2014
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE