AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JOSEPH A. MADER,**

      **Plaintiff,**

                              **JUDGMENT IN A CIVIL CASE**

**v.**

**COMMISSIONER OF**            **CASE NO.   2:13-CV-665**
**SOCIAL SECURITY,**             **JUDGE EDMUND A. SARGUS, JR.**
                                          **MAGISTRATE JUDGE NORAH MCCANN KING**

      **Defendant.**

\_\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the ORDER filed June 26, 2014, JUDGMENT is hereby entered reversing the decision of the Commissioner of Social Security and remanding this case for further consideration.**

Date: June 24, 2014                               JOHN P. HEHMAN, CLERK

                                                    */S/ Andy F. Quisumbing*
                                                   (By) Andy F. Quisumbing
                                                   Courtroom Deputy Clerk