# UNITED STATES DISRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

JOSEPH A. MADER,

      Plaintiff,

      v.

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

Case No.: 2:13-cv-665
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

## ORDER

The parties have stipulated to an award of fees under the Equal Access to Justice Act ("EAJA"). Pursuant to that stipulation, Plaintiff is awarded attorney fees in the amount of $4,300 and costs in the amount of $400, for a total of $4,700. The award satisfies all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412. The fee award is payable to Plaintiff. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, the Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

      **IT IS SO ORDERED.**

9-15-2014
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE